UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERT BANKS<br>REG. # 05834-025 | : | CIVIL ACTION NO. 2:18-cv-1408 |
| VERSUS | : | JUDGE SUMMERHAYS |
| WARDEN FEDERAL CORRECTIONAL INSTITUTE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 2] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed under 28 U.S.C. § 2241 be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers this 10th day of December, 2018.

ROBERT R SUMMERHAYS
UNITED STATES DISTRICT JUDGE